Daniel J. Yourist, Esq., State Bar No. 180026
   *djy@youristlaw.com*
Bradley J. Yourist, Esq., State Bar No. 180025
   *bjy@youristlaw.com*
YOURIST LAW CORPORATION, APC
11111 Santa Monica Boulevard, Suite 100
Los Angeles, California 90025-3333
Telephone: (310) 575-1175
Facsimile: (310) 575-1167

Attorneys for Debtors, DEXTER DEON STINSON and
ALLISON ELIZABETH DIXON

FILED & ENTERED

OCT 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY beauchan DEPUTY CLERK

## UNITED SATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No.: 2:16-bk-17529-BB |
| DEXTER DEON STINSON and ALLISON ELIZABETH DIXON, | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING DEBTORS TO ENTER INTO LOAN MODIFICIATON AGREEMENT WITH OCWEN** |
| Debtors. | |

Based on Debtors' Notice of Motion and Motion for Order Authorizing Debtors Entering Into Loan Modification Agreement With Ocwen filed on September 19, 2016 as docket entry number 12, it is **HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. The Loan Modification Agreement executed on August 14, 2016 between Debtors Dexter Deon Stinson Dixon and Allison Elizabeth Stinson and Creditor Ocwen is **APPROVED**; and

3. This Order grants relief only regarding the authority of the Debtors and Creditor Ocwen to enter into a loan modification agreement. The Court has not and will not review, adopt or approve the terms of any loan modification agreement <u>between the parties at this time.</u>

###

Date: October 11, 2016

Sheri Bluebond
United States Bankruptcy Judge

2

**ORDER GRANTING MOTION CONCERNING LOAN MODIFICATION AGREEMENT**